UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ISABELA RIVERA BRITO**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. CJC-24-1124 |
| **NEW LIFE HEALTHY LIVING, LLC**, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## SHOW CAUSE ORDER

The Court is in receipt of Plaintiffs' Motion for Order to Show Cause, filed on April 3, 2025, ECF No. 74. The deadline for Defendants New Life Healthy Living, LLC; New Life Adult Medical Day Care, LLC; Aashiana, LLC; and Alif Manejwala (collectively, "Defendants") to respond to Plaintiffs' Motion was April 17, 2025. That deadline has since elapsed and, to date, Defendants have not filed a response. After consideration of Plaintiffs' Motion, it is hereby

**ORDERED** that counsel for Defendants is to appear before the Court at an in-person hearing on Friday, May 2, 2025 at 3:00 p.m. to show cause, if any, why Defendants have not abided by this Court's March 12, 2025, Order, ECF No. 73, requiring Defendants to "[w]ithin 14 days of the docketing of this Order . . . provide Plaintiffs' counsel an electronic spreadsheet of the names, last known mailing addresses, last known telephone numbers, last known email addresses, and dates of employment for all members of the collective" and it is further

**ORDERED** that this Order shall be vacated if Defendants provide the required information to Plaintiffs prior to the show cause hearing date.

Date: April 23, 2025

/s/
Chelsea J. Crawford
United States Magistrate Judge