IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ISABELA RIVERA BRITO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:24-cv-01124-CJC ) |
| NEW LIFE HEALTHY LIVING, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

After reviewing the Parties' Joint Motion to Modify Scheduling Order, it is this 5th day of September, 2025, hereby ORDERED that the Court's initial Scheduling Order of February 10, 2025, ECF 61-1, Amended Scheduling Order of February 24, 2025, ECF 69, and Order of June 2, 2025, ECF 88, are modified as follows:

| | |
|---|---|
| December 5, 2025 | Discovery deadline; submission of status report |
| December 19, 2025 | Deadline to serve requests for admission |
| February 13, 2026 | Dispositive pretrial motions deadline |

To the extent not amended by this Order, the terms of the Court's initial Scheduling Order, ECF 61-1, Amended Scheduling Order, ECF 69, and June 2, 2025 Order, ECF 88, remain in full force and effect.

_____
Chelsea J. Crawford
United States Magistrate Judge